# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**Eddie Ray McKinney**                                                                 **Plaintiff**

**No. 3:14-CV-004-JTR**

**Carolyn W. Colvin, Acting Commissioner,**                                **Defendant**
**Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum and Order filed on this date, judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

Dated this 9th day of January, 2015.

_____
United States Magistrate Judge